# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARTY HEBERT

NO. 2020 KW 0322

**JULY 06, 2020**

---

In Re:    Marty Herbert, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 95-141805.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                                      **JMM**
                                      **MRT**
                                      **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT